IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN DOE 1 and JANE DOE 1,<br>in their own Capacity and<br>as parents of CHILD DOE 1, *et al.*,<br>　　　　　Plaintiffs,<br><br>　　　　v.<br><br>BOYERTOWN AREA SCHOOL DISTRICT<br>a Pennsylvania Governmental entity, *et al.*,<br>　　　　　Defendants. | :<br>:<br>:<br>:<br>:<br>: Civil No. 5:22-cv-00699-JMG<br>:<br>:<br>:<br>: |

**NOTICE OF STATUS CONFERENCE**

**TAKE NOTICE,** that a **Telephone Status Conference,** in the above case has been set as follows:

Lead counsel shall appear **VIA TELEPHONE** for a Status Conference in the above-captioned matter on **Monday, February 28, 2022 at 11:30 AM**, by calling into the United States District Court located at 504 West Hamilton Street, Suite 4701, Allentown, Pennsylvania.

　　　　　　　　　　　　　　　　　　For the Court,


　　　　　　　　　　　　　　　　　　*/s/ Brian R. Dixon*
　　　　　　　　　　　　　　　　　　Brian R. Dixon
　　　　　　　　　　　　　　　　　　Deputy Clerk for Judge John M. Gallagher


Date of Notice: February 25, 2022