# EXHIBIT A



# Health & Safety Plan
# 2021-2022
# January 2022 Review

Section 2001(i)(1) of the American Rescue Plan (ARP) Act requires each local education agency (LEA) that receives funding under the ARP Elementary and Secondary School Emergency Relief (ESSER) Fund to develop and make publicly available on the LEA's website a *Safe Return to In-Person Instruction and Continuity of Services Plan*, hereinafter referred to as a *Health and Safety Plan*.

Based on ARP requirements, 90 percent of ARP ESSER funds will be distributed to school districts and charter schools based on their relative share of Title I-A funding in FY 2020-2021. **Given Federally required timelines, LEAs eligible to apply for and receive this portion of the ARP ESSER funding must submit a Health and Safety Plan that meets ARP Act requirements to the Pennsylvania Department of Education (PDE) by Friday, July 30, 2021, regardless of when the LEA submits its ARP ESSER application.**

Each LEA must create a Health and Safety Plan that addresses how it will maintain the health and safety of students, educators, and other staff, and which will serve as local guidelines for all instructional and non-instructional school activities during the period of the LEA's ARP ESSER grant. The Health and Safety Plan should be tailored to the unique needs of each LEA and its schools and must consider public comment related to the development of, and subsequent revisions to, the Health and Safety Plan.

The ARP Act and U.S. Department of Education rules require Health and Safety plans include the following components:

## Health and Safety Plan Summary: Boyertown Area School District

**Initial Effective Date:** July 28, 2021

**Date of Last Review:** January 11, 2022

**Date of Last Revision:** February 8, 2022

January 11, 2022

1. How will the LEA, to the greatest extent practicable, support prevention and mitigation policies in line with the most up-to-date guidance from the CDC for the reopening and operation of school facilities in order to continuously and safely open and operate schools for in-person learning?

**The health and safety of the students, staff, and families of the Boyertown Area School District (BASD) remains, as always, a priority for the district.  The BASD Board of School Directors, BASD Leadership Team, and community continue to take critical steps and make decisions that protect the health and safety of our District in the ongoing response to the COVID-19 pandemic.**

**Expectations are based on the latest mandates issued by the Governor's Office, the Pennsylvania Department of Health (DOH), the Pennsylvania Department of Education (PDE), the Department of Human Services (DHS), and the Centers for Disease Control and Prevention (CDC). The BASD Leadership Team will continue to monitor communications. As conditions change related to COVID-19, protocols are subject to change.**

**In response to the expiration of statewide mitigation orders, the BASD has identified District standards and expectations which outline the protocols expected of all staff members as the district transitions forward.  Protocols include the following:**

- **Self-screening for COVID-19 symptoms**
- **Following communicable disease reporting procedures**
- **Practicing hand hygiene and respiratory etiquette**
- **Use of face coverings recommended but optional**
- **Cleaning and disinfecting one's workspace.**
- **Maintaining physical distancing protocols to the maximum extent possible**
- **Staying informed of CDC's guidance relative to travel**
- **Monitoring communication and confidentiality**
- **Participating in required training (current employees as well as new hires as part of their onboarding process)**
- **Staying informed and maintaining best practices**

2. How will the LEA ensure continuity of services, including but not limited to services to address the students' academic needs, and students' and staff members' social, emotional, mental health, and other needs, which may include student health and food services?

**BASD returned to full in-person instruction in the fall of 2021.  Along with in-person instruction, the BASD developed their own Virtual Academy for families wishing to opt for this type of instructional model.**

**The BASD instructional model may shift between in-person and virtual depending on health circumstances as determined appropriate/necessary and/or as directed by DOH.**

Use the table below to explain how the LEA will maintain the health and safety of students, educators, and other staff and the extent to which it has adopted policies, and a description of any such policy on each of the following safety recommendations established by the CDC.

| ARP ESSER Requirement | Strategies, Policies, and Procedures |
|---|---|
| a. Universal and correct wearing of masks; | • **Masks recommended but optional**<br><br>• As an additional safeguard, in order to retain students in our schools, when positive cases arise, we will use the following guidelines:<br>    ○ **Elementary** - If 4 individuals are positive in a classroom, the classroom will move to virtual instruction for **5 calendar days**. If **12%,** of the total building population is positive, the building will move to virtual instruction for **5 calendar days**<br>    ○ **Middle School**- If **12%** of individuals are positive in a grade level, that grade level will move to virtual instruction for **5 calendar days**. If **12%** of individuals are positive in a building, the building will move to virtual instruction for **5 calendar days** .<br>    ○ **BASH**- If 12% of individuals are positive in a building, the building will move to virtual instruction for **5 calendar days**.<br>• **All outside vendors and technicians must adhere to masking when in our facilities**. |

January 11, 2022

| ARP ESSER Requirement | Strategies, Policies, and Procedures |
|---|---|
| | • Cancelation of athletic and extra-curricular events will be determined by coaches, advisors, athletic director, and building administration.<br>• Effective in January 2021, the CDC requires face coverings, regardless of vaccination status, when on public transportation – this includes on school buses operated by public and private school systems. However, a driver does not need to wear a face covering if they are the only person on the bus. |
| b. Modifying facilities to allow for physical distancing (e.g., use of cohorts/podding); | • BASD will adhere to the latest mandates provided by PDE, DOH, and CDC, relative to physical distancing.<br>• Physical distancing to the maximum extent feasible will continue to be recommended for indoor spaces regardless of vaccination status. BASD will use 3 foot physical distancing as the minimum distance, though this may not be applicable in some lunchroom settings.<br>• In order to maintain in-person instruction five days per week, minimum physical distancing requirements will be hard to achieve in larger student populated buildings during lunch times. BASD will continue to place emphasis on the layered prevention strategies used to reduce the transmission of the COVID-19 Virus.<br>• The use of desk shields will be available upon request. |
| c. Handwashing and respiratory etiquette; | • BASD will provide continuous reminders/education regarding handwashing and sanitation to staff and students.<br>• Protocols to students and staff include: |

January 11, 2022

| ARP ESSER Requirement | Strategies, Policies, and Procedures |
|---|---|
| | <ul><li>○ Washing one's hands often with soap and water for at least 20 seconds.</li><li>○ Staff and students wash hands before and after lunch/snacks</li><li>○ Additionally, hand sanitizer will be provided in common areas</li><li>○ Avoid touching one's eyes, nose, and mouth.</li><li>○ Cover coughs and sneezes with a tissue or cough or sneeze into one's elbow.</li></ul><ul><li>Reminders to staff and students will be provided with respect to encouraging those who are sick or have illness to stay home and where appropriate, get tested for COVID-19, and always follow primary care physician recommendations.</li></ul> |
| d.  Cleaning and maintaining healthy facilities, including improving ventilation; | <ul><li>BASD will adhere to the latest mandates provided by PDE, DOH, and CDC related to cleaning and ventilation.</li><li>BASD will continue with current ventilation practices in all classrooms and common areas. Recommend air circulation patterns that push inside air towards open windows. Ventilation systems will continue to be run for additional hours prior to school opening. This will provide additional fresh air in all work and classroom spaces.</li><li>BASD is committed to continuing the best practices developed in response to COVID-19 for keeping the workplace clean, disinfected, and safe for staff, students, and visitors.</li><li>The use of universal precautions designed to minimize the transmission of communicable</li></ul> |

January 11, 2022

| ARP ESSER Requirement | Strategies, Policies, and Procedures |
|---|---|
| | diseases will continue to be implemented. Hand sanitizer and cleaning materials will remain available.<br>• Limiting shared materials and use of materials that cannot be easily cleaned will continue.<br>• Staff will continue to be expected to share in the cleaning and disinfecting of shared equipment and / or furniture / items within one's office / classroom.<br>• Additional cleaning and disinfecting measures / protocols may be required as deemed appropriate or directed by DOH depending on circumstances.<br>• Staff will continue to be expected to adhere to appropriate personal protective equipment guidelines. |
| e. Contact tracing in combination with isolation and quarantine, in collaboration with the State and local health departments; | DOH considers COVID-19 a communicable disease. As such, it is among DOH's listing of reportable diseases and will be followed per Policy #203.<br><br>• **Close contact notification for positive cases in classrooms, cafeteria, and buses. Parents will be notified and be expected to follow requirements as set forth below**<br>• **Whether symptomatic or asymptomatic, any individual who tests positive for COVID-19 must remain isolated at home for a minimum of five (5) days from onset. If symptoms resolve AND if fever-free for 24 hours, then they may return to school/work on the 6th day and must wear a mask through the 10th day from onset.**<br>• **In the event that any student, staff member has been identified as a close contact by any health authority, regardless** |

January 11, 2022

| ARP ESSER Requirement | Strategies, Policies, and Procedures |
|---|---|
| | of the nature of this contact, they are encouraged to monitor for symptoms and may return to class or work as long as they remain symptom-free and are not placed under official quarantine orders from that health authority.<br>• **Procedures Following Exposure (Close Contact): If a student or employee is exposed to someone who has a known positive case of COVID19: If SYMPTOMATIC, regardless of the level of exposure, the student, employee is to remain home for a minimum of five (5) days from onset. If symptoms resolve AND if fever-free for 24 hours, then they are able to return to school/work on the 6th day and must mask through the 10th day (no mask exemptions). If ASYMPTOMATIC, regardless of the level of exposure, the student, employee is able to continue to come to school so long as they remain asymptomatic.**<br><br>**Additional Resources**<br><br>**Isolation:** Probable or confirmed positive cases will be isolated as per current CDC guidance and current PAHAN guidelines.<br><br>**Quarantine:**<br>• Close contacts may be quarantined as per current CDC guidance and current PAHAN guidelines. |
| f. Diagnostic and screening testing; | • Staff are required to follow the recommendation of their attending physician and / or DOH |

| ARP ESSER Requirement | Strategies, Policies, and Procedures |
|---|---|
|  | • directive(s) as it relates to diagnostic and screening testing. <br>• Screening questionnaires and temperature checks may be considered for participation in sports, extra-curricular activities, and visitors to our buildings. |
| g. Efforts to provide vaccinations to school communities; | • BASD continues to collaborate with local health care providers and epidemiologist leaders regarding targeted areas of needs and will continue to serve as a vaccination host site if called upon. <br>• BASD continues to communicate local vaccine opportunities and testing sites available to staff and the community at large. |
| h. Appropriate accommodations for students with disabilities with respect to health and safety policies; and | • Special accommodations or health care needs of students with disabilities will be addressed through the IEP and 504 processes. <br>• Accommodations may include, but not limited to adapted service delivery models, (i.e., teleintervention, individualized services, when appropriate) and / or other health and safety precautions as outlined in an individualized health plan. |
| i. Coordination with state and local health officials. | • BASD will continue to maintain existing partnerships with local and state agencies. <br>• As with any communicable disease, BASD will contact the DOH to report a suspected or known case of COVID-19 and follow its guidance. <br>• **Due to the inability of students in Pre K program to receive vaccination, all students and staff in Pre K, will be required to wear masks.** |

January 11, 2022

## Health and Safety Plan Governing Body Affirmation Statement

The Board of Directors/Trustees for **Boyertown Area School District** reviewed and approved the Health and Safety Plan on **Tuesday February 8, 2022 and will be made effective on 2/14/2022.**

The plan was approved by a vote of:

      __5__ Yes

      __3__ No

Affirmed on: **Tuesday February 8, 2022, and will be made effective on 2/14/2022**

By:

_____
(*Signature\* of Board President*)

James H. Brophy
_____
(*Print Name of Board President*)

\*Electronic signatures on this document are acceptable using one of the two methods detailed below.

**Option A:** The use of actual signatures is encouraged whenever possible. This method requires that the document be printed, signed, scanned, and then submitted.

**Option B:** If printing and scanning are not possible, add an electronic signature using the resident Microsoft Office product signature option, which is free to everyone, no installation or purchase needed.

January 11, 2022