THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN DOE 1 and JANE DOE 1, in their own Capacity and as parents of CHILD DOE 1, JOHN DOE 2 and JANE DOE 2, in their own Capacity as parents of CHILD DOE 2, JANE DOE 3, in her own capacity and as parent of CHILD DOE 3 on on behalf of those similarly situated,<br>　　　　　　　　　　Plaintiffs<br><br>　　　　　v.<br><br>BOYERTOWN AREA SCHOOL DISTRICT, a Pennsylvania governmental entity, JAMES H. BROPHY, BRIAN J. HEMINGWAY, RUTH DIEROLF, LISA C. HOGAN, CHRISTINE M. NEIMAN, ANTHONY D. PANARELLO, MARIANNE SCOTT, ROGER A. UPDEGROVE and JEFFREY ZAWADA, all individual elected officials sued in their individual capacity and in their capacity as members of the BOYERTOWN AREA SCHOOL DISTRICT BOARD OF DIRECTORS, a Pennsylvania elected legislative body,<br>　　　　　　　　　　Defendants. | No. 5:22-cv-00699 |

## **CERTIFICATE OF SERVICE**

I, Beth N. Shore, Esquire, hereby certify that on this date, a copy of the foregoing letter brief in opposition to Plaintiffs' Motion for a Temporary Restraining Order was electronically transmitted to the Clerk of the Court using the ECF System for filing. Based on the electronic records currently on file, the Clerk of the Court will transmit notice of electronic filing to the following ECF registrants, who may access the filing through the Court's system:

Ian Musselman, Esquire (Ian.j.musselman@gmail.com)
*Attorneys for Plaintiffs*

|  | FOX ROTHSCHILD, LLP |
|---|---|
| BY: | *[signature: Beth N. Shore]* |
|  | Beth N. Shore, Esquire |
|  | Pennsylvania Attorney I.D. No. 312019 |
|  | *Counsel for Defendants* |
|  | Ten Sentry Parkway, Suite 200, P.O. Box 3001 |
|  | Blue Bell, PA 19422-3001 |
|  | bshore@foxrothschild.com |
| Dated: February 25, 2022 | (610) 397-6500 |