**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| JOHN DOE 1 and JANE DOE 1,<br>in their own Capacity and<br>as parents of CHILD DOE 1, *et al.*,<br>Plaintiffs, | :<br>:<br>:<br>: | |
| v. | :<br>: | Civil No. 5:22-cv-00699-JMG |
| BOYERTOWN AREA SCHOOL DISTRICT<br>a Pennsylvania Governmental entity, *et al.*,<br>Defendants. | :<br>:<br>: | |

**ORDER**

    **AND NOW**, this 28th day of February 2022, upon consideration of Plaintiff's Motion for a Preliminary Injunction and other relief (ECF No. 3), Defendant's Response in Opposition (ECF No. 12), and pending guidance from the Third Circuit Court of Appeals in this matter, it is **HEREBY ORDERED** that a hearing and ruling on Plaintiff's request for a preliminary injunction is **STAYED** pending final resolution of related Third Circuit Court of Appeals proceedings.[1]

                                            BY THE COURT:

                                            */s/ John M. Gallagher*
                                            JOHN M. GALLAGHER
                                            United States District Court Judge

---

[1]The Third Circuit Court of Appeals is currently reviewing a consolidated appeal similarly arguing for injunctive relief for violations of the Americans with Disabilities Act and Section 504 of the Rehabilitation Act. The outcome of this proceeding will provide guidance for the Court in the instant matter. *See John Doe 1, et al., v. North Allegheny School Dist., et al.,* No. 22-1299 (assoc. case: *John Doe 1, et al., v. North Allegheny School Dist., et al.,* 2022 WL 170035 (W.D. Pa. Jan. 17, 2022)) and *John Doe 1, et al., v. Upper St. Clair School Dist., et al.,* No. 22-1141 (assoc. case: *John Doe 1, et al., v. Upper Saint Clair School Dist., et al.,* 2022 WL 189691 (W.D. Pa. Jan. 21, 2022)).